**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RAYMOND TORRES,**

    **Plaintiff,**

**v.**                                              **Case No.  8:09-cv-756-T-30EAJ**

**EAGLE TECHNOLOGIES, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff Raymond Torres's Motion to Strike Proposed Bill of Costs (Dkt. 57) and Defendant's Response in opposition (Dkt. 58). A judgment in favor of Defendant Eagle Technologies, Inc ("Eagle"). was entered by this Court on June 7, 2010.  Eagle filed a proposed bill of costs, pursuant to Fed R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920, on July 13, 2010.  Torres asserts that the bill of costs should be stricken as untimely because it was required to have been filed within 14 days of the judgment in accordance with Local Rule 4.18.  Eagle argues that a bill of costs is not a "motion" under the rule and even if it was a motion, the local rule conflicts with Fed. R. Civ. P. 54.  The Court agrees with Torres.

    Local Rule 4.18 states

    In accordance with Fed. R. Civ. P. 54, *all claims for costs* or attorney's fees preserved by appropriate pleading or pretrial stipulation shall be asserted by separate motion or petition filed not later than fourteen (14) days following the

> entry of judgment. The pendency of an appeal from the judgment shall not postpone the filing of a timely application pursuant to this rule.

(emphasis added). A bill of costs constitutes a claim for costs under the local rule. In addition, the local rule is not contrary to the Rule 54 because Rule 54 does not establish any time limit for filing a bill of costs. But the local rule requires that the motion be filed within 14 days and Eagle failed to file their bill of costs within that time limit.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff Raymond Torres's Motion to Strike the Bill of Costs (Dkt. 57) is **GRANTED**.

2. The proposed Bill of Costs (Dkt. 56) is **STRICKEN**.

**DONE** and **ORDERED** in Tampa, Florida on September 10, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-756.strike bill of costs.frm